AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN STAHL,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-170-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Motion for Summary Judgment is DENIED. The Defendant's Motion for Summary Judgment is GRANTED. The Plaintiff's claims against the Defendant are DISMISSED with Prejudice.

November 25, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante