AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN STAHL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-170-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiff John Stahl in an amount to determined at a later date.

March 20, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb