AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE WASHINGTON

| | |
|---|---|
| JOHN STAHL, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV-08-170-FVS |
| UNITED STATES OF AMERICA, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Judgment is hereby entered in favor of Plaintiff John Stahl in the amount of $390 for tax year 1997, $542 for tax year 1998, and $949 for tax year 1999, for a total amount of $1,881, plus interest as provided by law from the date of payment, pursuant to 26 U.S.C. §§ 6611, 6621, 6622 and 28 U.S.C. § 1961(c).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   VAN SICKLE _____ on a motion for summary judgment and cross-motion for summary judgment, after hearing before the Court.

Date: May 22, 2012

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*